Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

[Additional counsel appearing on signature page]

* *Pro Hac Vice* admission to be filed

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JORDAN, SEAN HALBERT and DANA SKELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 3:14-cv-787<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES** |

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding:

    Edelson PC
    350 North LaSalle Street, Suite 1300
    Chicago, Illinois 60654

    (counsel for Plaintiff)

    Edelson PC
    555 West Fifth Street, 31st Floor
    Los Angeles, California 90013

    (counsel for Plaintiff)

Respectfully submitted,

**ROBERT JORDAN**, **SEAN HALBERT**, and **DANA SKELTON**, individually and on behalf of all others similarly situated,

Dated: February 21, 2014

By: /s/ Mark Eisen
    One of Plaintiff's Attorneys

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

1 | Jay Edelson*
  | jedelson@edelson.com
2 | Alicia Hwang*
  | ahwang@edelson.com
3 | EDELSON PC
  | 350 North LaSalle Street, Suite 1300
4 | Chicago, Illinois 60604
  | Tel: 312.589.6380
5 | Fax: 312.589.6378

6 | Stefan Coleman, Esq.*
7 | law@stefancoleman.com
  | LAW OFFICES OF STEFAN COLEMAN, LLC
8 | 201 S Biscayne Blvd, 28th Floor
  | Miami, Florida 33131
9 | Tel: 877.333.9427
  | Fax: 888.498.8946
10 |
11 | *Pro hac vice admission to be sought.

12 | *Attorneys for Plaintiffs and the Putative Class*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES                              3