# Case Management Standing Order
# Magistrate Judge Maria-Elena James

San Francisco, Courtroom B, 15th Floor
Rose Maher, Courtroom Deputy (415) 522-4708

1. Motions are heard on Thursdays at 10:00 a.m.  All motions should be noticed pursuant to the Northern District's local rules.  Parties need not reserve a hearing date, but should confirm the Court's availability at http://www.cand.uscourts.gov.  All scheduling questions should be directed to the courtroom deputy, Rose Maher.

2. Discovery disputes are governed by Magistrate Judge James' Discovery Standing Order, which is available at http://www.cand.uscourts.gov and at the Clerk's Office.

3. Counsel shall meet and confer prior to the Case Management Conference and file a joint statement no later than seven days prior to the conference.  The statement shall address the information contained in the Standing Order for All Judges of the Northern District of California, which is available http://www.cand.uscourts.gov and at the Clerk's Office.

4. In civil cases, the parties should file their written consent to proceed before a magistrate judge for all purposes, or a request for reassignment to a district judge, as soon as possible.  If a party files a dispositive motion (such as a motion to dismiss or a motion for remand), the moving party must file the consent or declination simultaneously with the motion.  In no event shall the consent or declination be filed later than the deadlines specified in Civil Local Rule 73-1.

5. The parties should not submit chambers copies, with the exception of documents that (1) are related to a pending motion and/or discovery dispute and (2) exceed 10 pages when combined.  (For example, if a motion is 8 pages and a supportive declaration is 5 pages, chambers copies are required.  However, if there is a 20-page stipulation and proposed order, no chambers copy is required.)  For these documents only, the submitting party must comply with the timing requirements in Civil Local Rule 5-1(e)(7).  All chambers copies must be double-sided (when possible) and include (1) the running header created by the ECF system at the top of each page, and (2) exhibits, if any, that are clearly delineated with tabbed dividers.  These printed copies shall be marked "Chambers Copy" and submitted to the Clerk's Office, in an envelope marked with "Magistrate Judge James," the case number, and "Chambers Copy."

6. Any proposed stipulation or proposed order in a case subject to electronic filing shall be sent to mejpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the Court.  No chambers copy is required.

Dated: September 5, 2012

_____
Maria-Elena James
United States Magistrate Judge