Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

[Additional counsel appearing on signature page]

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JORDAN, SEAN HALBERT and DANA SKELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 3:14-cv-787<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Hon. William H. Orrick<br><br>Date: June 11, 2014<br>Time: 2:00 p.m.<br>Crtrm.: Courtroom 2, 17th Floor |

After full consideration of Plaintiff Robert Jordan, Sean Halbert, and Dana Skelton's Motion to Strike Affirmative Defenses, Plaintiffs' Motion is GRANTED. The Court finds that all thirty-five (35) of Nationstar's affirmative defenses are insufficiently pleaded under Federal Rule of Civil Procedure 8, inappropriate as a matter of law, or both. As such, this Court strikes all thirty-five of Nationstar's Affirmative Defenses set forth in its Answer to Plaintiff's Complaint (Dkt. 13.)

**IT IS SO ORDERED**

Dated: _____, 2014

_____
WILLIAM H. ORRICK
United States District Judge