UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT JORDAN et al., individually and on behalf of others similarly situated,

Plaintiff(s),

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

Defendant(s).

Case No. 3:14-cv-787

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 04 / 25 / 2014

Sean Halbert
[Party]

Dated: 4/29/2014

/s/ Megan L. Lindsey
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

Doc ID: 59c0df8bfcdbc85d81a4a2403c69318c2bcfc103