Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

[Additional counsel appearing on signature page]

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JORDAN, SEAN HALBERT and DANA SKELTON, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-787 |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE AFFIRMATIVE DEFENSES (DKT. 20)** |
| v. | |
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT** Plaintiffs Robert Jordan, Sean Halbert, and Dana Skelton, by and through their undersigned counsel, hereby withdraw their Motion to Strike Affirmative Defenses (Dkt. 20) without prejudice.

Respectfully submitted,

**ROBERT JORDAN**, **SEAN HALBERT**, and **DANA SKELTON** individually and on behalf of classes of similarly situated individuals,

Dated: May 14, 2014

By: /s/ Steven L. Woodrow
One of Plaintiffs' Attorneys

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

Jay Edelson**
jedelson@edelson.com
Alicia Hwang**
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6380
Fax: 312.589.6378

Stefan Coleman, Esq.**
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

* Admitted *Pro Hac Vice*

***Pro Hac Vice* admission to be sought

**CERTIFICATE OF SERVICE**

I, Steven L. Woodrow, an attorney, hereby certify that I served ***Plaintiffs' Notice of Withdrawal of Motion to Strike (Dkt. 20)*** by causing true and accurate copies of such papers to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 14th day of May 2014.

<u>   /s/ Steven L. Woodrow   </u>