UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 27, 2014 | **Time:** 11 minutes<br>2:02 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 14-cv-00787-WHO | **Case Name:** Jordan v. Nationstar Mortgage LLC | |

**Attorney for Plaintiff:**   Megan L. Lindsey
**Attorney for Defendant:**   Raymond Kim (appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

PROCEEDINGS

Case management conference conducted. A related case has been transferred from the Central District Court (Vanessa Ruggles v. Nationstar Mortgage, L.L.C., Case No. 3:14cv2301-MEJ). The Court will relate the cases sua sponte; it is not necessary for the parties to file a motion to relate. There is no objection by defendant to the filing of a consolidated amended complaint. An agreed upon motion and order to file consolidated amended complaint should be submitted within the next week, with the consolidated amended complaint to be filed within two weeks thereafter.

Defendant anticipates filing a motion to stay/dismiss on primary jurisdiction and perhaps other grounds.  On the hearing date for that motion, the Court will hold a further Case Management Conference at which the parties should be prepared to discuss a case schedule in the event the case is not stayed.  The parties should file a Joint Case Management Statement seven days in advance of the hearing addressing the case schedule and any other matters that have arisen since today's CMC.

Discovery is not currently stayed by the Court.  The parties shall make such agreements as they think appropriate to conduct discovery so that a hearing on the class certification motion occurs no later than August, 2015.  A firm schedule will be set at the next CMC.  It is not necessary to alert the Court to agreements that do not alter dates set by the Court.  There is no need to file a stipulation regarding the parties' agreement to delay the date of initial disclosures. The Court will not bifurcate discovery between certification and merits issues because they are often mixed, but suggests that plaintiffs focus to the extent possible on certification issues.