UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JORDAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. 14-cv-00787-WHO<br><br>**ORDER GRANTING MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Re: Dkt. No. 32 |

Plaintiffs Robert Jordan, Sean Halbert, Dana Skelton, and Vanessa Ruggles (together, "Plaintiffs") have moved for an order appointing attorneys Jay Edelson and Steven Woodrow of Edelson P.C. as Lead Counsel, and a proposed Executive Committee consisting of Michael Sousa of the Law Offices of Michael P. Sousa, Doug Campion, and Matthew English of the Law Offices of Matthew G. English, to the Executive Committee (collectively, these attorneys are referred to herein as "Proposed Interim Class Counsel"). Dkt. 32.

The Court has considered the following: (1) the work done by Proposed Interim Class Counsel in identifying and/or investigating potential claims in the action; (2) Proposed Interim Class Counsel's experience in handling class actions, other complex litigation, and claims of the type asserted in this action; (3) Proposed Interim Class Counsel's knowledge of the applicable law; and (4) the resources that Proposed Interim Class Counsel will commit to representing the class;

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED;

2. Pursuant to FED. R. CIV. P. 23(g)(3), Jay Edelson and Steven Woodrow of Edelson P.C. are hereby appointed Lead Counsel. Michael Sousa of the Law Offices of Michael P. Sousa, Doug Campion, and Matthew English of the Law Offices of Matthew G. English are appointed to

the Executive Committee. Lead Counsel will have primary responsibility for and authority over the following matters on behalf of all Plaintiffs in this action:

    a. Determining and presenting motions, briefs, oral argument or such other related items as may be appropriate, and the position of all of the Plaintiffs as to all matters arising during all pretrial and trial proceedings;

    b. Conducting or coordinating discovery on behalf of the Plaintiffs consistent with the Federal Rules of Civil Procedure, including the preparation of joint interrogatories, requests for production of documents, requests for admissions and the examination of witnesses in deposition;

    c. Communicating with the Court;

    d. Communicating with defense counsel;

    e. Directing, supervising and monitoring the activities of Plaintiffs' counsel and implementing procedures to ensure that schedules are met and unnecessary expenditures of time and funds by all counsel are avoided;

    f. Signing any consolidated complaint, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of all Plaintiffs or those Plaintiffs filing the particular papers;

    g. Conducting all pre-trial proceedings on behalf of all Plaintiffs;

    h. Employing and consulting with experts;

    i. Conducting settlement discussions with defense counsel on behalf of all Plaintiffs and the putative class;

    j. Informing all Plaintiffs of the progress of this litigation as necessary; and

    k. Otherwise coordinating the work of all Plaintiffs' counsel, and performing such other duties as necessary or as authorized by further order of this Court.

3. As mentioned during the hearing, the Court is concerned that this litigation be efficiently pursued. In furtherance of this goal, in addition to the general guidance given during the hearing regarding attendance at hearings, depositions and meet and confers, the Court will require, and now ORDERS, that all counsel keep a contemporaneous daily record of their time spent and expenses incurred in connection with this litigation, including with specificity the hours, location, and particular activity (such as "conduct of deposition of A.B."). Block billing is not acceptable. The failure to maintain such records will be grounds for denying court-awarded attorney fees, as will an insufficient description of the activity (such as "research" or "review of correspondence").

4. Unless otherwise ordered by the Court, this Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in the Actions.

**IT IS SO ORDERED**.

Dated: August 21, 2014



WILLIAM H. ORRICK
United States District Judge