1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT JORDAN, SEAN HALBERT, DANA SKELTON, and VANESSA RUGGLES individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 3:14-cv-787<br><br>**ORDER SETTING CASE SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the Joint Stipulation of the Parties Regarding the Setting of a Case Management Schedule and, being fully advised in the premises, hereby **sets the following dates in this case and Orders as follows:**

| | |
|---|---|
| Nationstar Deadline to Respond to Complaint | December 1, 2014 |
| Deadline to Amend Pleadings | February 27, 2015 |
| Class Discovery Period | November 10, 2014 – July 10, 2015 |
| Plaintiffs to Disclose Experts by | July 24, 2015 |
| Defendant to Disclose Rebuttal Experts by | August 7, 2015 |
| Plaintiffs to Disclose Information Req. by Rule 26(a)(2) by | August 21, 2015 |
| Defendant to Disclose Information Req. by Rule 26(a)(2) by | September 4, 2015 |
| Motion for Class Certification Due | September 25, 2015 |
| Opposition to Class Certification Due | October 30, 2015 |
| Reply in Support of Class Certification Due | November 13, 2015 |
| Hearing on Class Certification | **December 2, 2015** |
| Last day to file Dispositive Motions | Sixty (60) days following the Court's ruling on Motion for Class Certification |
| Further Case Management Conference to be set following hearing on Class Certification | **Joint Case Management Statement with proposed remaining case schedule due within fourteen days of ruling on Motion for Class Certification, to be set by the parties on the Court's regular calendar on Tuesday at 2pm within fourteen days  thereafter.** |

The Case Management Conference presently scheduled for November 18, 2014 is continued until **May 5, 2015** at 2:00 p.m. in Courtroom 2.

Date: November 14, 2014

_____
Honorable William H. Orrick
UNITED STATES DISTRICT COURT JUDGE

ORDER SETTING CASE SCHEDULE           2