UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JORDAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant.<br><br>and<br><br>VANESSA RUGGLES,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | Case No. 14-cv-00787-WHO<br><br>and<br><br>Case No. 14-cv-2301-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 57 in 14-cv-787 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that Case No. 14-cv-787, *Jordan, et al. v. Nationstar Mortgage, LLC* and Case No. 14-cv-2301, *Ruggles v. Nationstar Mortgage, LLC* are dismissed **without** prejudice. The Clerk shall close the cases.

Dated: January 26, 2015

_____
WILLIAM H. ORRICK
United States District Judge